## MOTION DOCKET

**97–1655.   State ex rel. Kmart Corp. v. Frantom.**
Franklin App. No. 96APD09–1257. On request for oral argument. Request denied.